# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SALVADOR PEREZ, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-22-678-R |
| ) | |
| MARK BOWEN, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On December 5, 2022, Plaintiff filed a Motion to Dismiss (Doc. No. 15). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No Defendant has been served and accordingly there are no answers or motions for summary judgment. Therefore, Plaintiff is entitled to dismissal of this action without Court order and the Clerk of Court is directed to close this case effective December 5, 2022.

**IT IS SO ORDERED** this 12th day of December 2022.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE